■ In the Matter of NICOLE SS., and Others, Alleged to be Neglected Children. ESSEX COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; GAIL SS., Appellant.—Appeal from an order of the Family Court of Essex County (Garvey, J.), entered June 20, 1988, which granted petitioner's application,

in a proceeding pursuant to Family Court Act article 10, to adjudicate respondent's children to be neglected.

Because the evidence in the record establishes both parental misconduct and potential harm to the children, as required by Family Court Act § 1012 (f) *(see, Matter of Daniel DD.,* 142 AD2d 750, 751), Family Court's finding of neglect must be affirmed.

Order affirmed, without costs. Kane, J. P., Casey, Mikoll, Yesawich, Jr., and Levine, JJ., concur.